# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO LARA JR., <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 20-cv-2449-MMA (MDD) <br><br> **ORDER DIRECTING DEFENDANT PENNYMAC TO FILE EXHIBITS** |

Pending before the Court is Defendant PennyMac Loan Services, LLC's ("Defendant PennyMac") motion for summary judgment. *See* Doc. No. 62. Having reviewed the parties' submissions, it appears Defendant PennyMac inadvertently failed to attach the exhibits referenced in Mr. Pacheco's declaration. *See* Doc. No. 62-3. To the extent that Defendant PennyMac intends to have the Court consider this evidence, the Court **DIRECTS** Defendant PennyMac to file the exhibits on or before **August 2, 2022**. Should Plaintiff oppose the late filing of these exhibits, the Court **DIRECTS** Plaintiff to file an opposition, if any, no later than **three business days** after the exhibits are filed.

**IT IS SO ORDERED**.

Dated: July 29, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge